■ FLORENCE SCHLAGE, Appellant, v DAVID BARRETT et al., Respondents. [686 NYS2d 845] —In an action, *inter alia*, to set aside a deed to certain real property as fraudulently obtained, the plaintiff appeals from so much of a judgment of the Supreme Court, Queens County (Leviss, J.H.O.), entered December 18, 1997, as, after a nonjury trial, dismissed the complaint.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

Contrary to the plaintiff's contention, the defendants established her intent to make an *inter vivos* gift by clear and

convincing evidence (*see, Gruen v Gruen,* 68 NY2d 48, 53). Additionally, the plaintiff did not meet her burden of proving her incompetence at the time the gift was given (*see, Smith v Comas,* 173 AD2d 535; *see also, Feiden v Feiden,* 151 AD2d 889, 890).

The plaintiff's remaining contentions are without merit. O'Brien, J. P., Ritter, Thompson and Joy, JJ., concur.